FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE A.,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:23-CV-03055-SAB<br><br>**ORDER GRANTING STIPULATED REMAND** |

    Before the Court is the parties' Stipulated Motion For Remand, ECF No. 6. Plaintiff is represented by Chad Hatfield. Defendant is represented by Franco Becia and Brian Donovan.

    The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ).

    Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion For Remand, ECF No. 6, is **GRANTED**.

    2. The decision of the Commissioner is reversed and remanded. On remand,

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING STIPULATED REMAND** ~ 1

the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a de novo hearing, and issue a new decision.

3. Pursuant to the Stipulation, this remand is made pursuant to sentence four of 42 U.C.S. § 405(g). Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel.

**DATED** this 29th day of June 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED REMAND** ~ 2