AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 29, 2023**

SEAN F. McAVOY, CLERK

JOSE A.
_____
*Plaintiff*
v.

COMMISSIONER OF SOCIAL SECURITY
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.  1:23-CV-03055-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to Order at ECF No. 7, the parties' Stipulated Motion For Remand, ECF No. 6, is GRANTED. Decision of the Commissioner is reversed and remanded. On remand, the Administrative Law Judge will take any necessary action to complete the administrative record, offer Plaintiff a de novo hearing, and issue a new decision. Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on parties' Stipulated Motion for Remand.

Date:  6/29/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza